IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ward, Jason E

Printed: 03/10/09

Case Number:  08 B 30408
Judge: Wedoff, Eugene R
Filed: 11/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 22, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | Wyndham Vacation Resorts Inc | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 43,000.00 | 0.00 |
| 7. | ASC | Secured | 22,000.00 | 0.00 |
| 8. | National City Mortgage Co | Secured | 26,000.00 | 0.00 |
| 9. | St Francis Mortgage | Secured | 2,000.00 | 0.00 |
| 10. | Wyndham Vacation Resorts Inc | Unsecured | 307.05 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 2,490.52 | 0.00 |
| 12. | Aurora Loan Service | Secured |  | No Claim Filed |
| 13. | HomeComings Financial Network | Secured |  | No Claim Filed |
| 14. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 15. | Washington Mutual | Secured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
| 18. | Chase | Unsecured |  | No Claim Filed |
|  |  |  | $ 95,797.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward, Jason E

Printed: 03/10/09

Case Number: 08 B 30408
Judge: Wedoff, Eugene R
Filed: 11/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by: